IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY WIMBUSH,<br><br>      *Plaintiff*,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.<br><br>      *Defendants*. | CIVIL ACTION<br>No. 16-05783 |

## ORDER

**AND NOW**, this 12th day April, 2017, after consideration of Defendants' motion to dismiss, (ECF No. 2), it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. The motion is **DENIED** with respect to Counts III and IV. Counts I, II, V, and VI are **DISMISSED** without prejudice. Plaintiff may file an Amended Complaint on or before **May 5, 2017**.

                                                BY THE COURT:

                                                ***/s/ Gerald J. Pappert***
                                                GERALD J. PAPPERT, J.